UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS CARTER,

Plaintiff,

Case No. 26-cv-11999
Hon. Matthew F. Leitman

v.

J. CHRISTIANSEN, *et al*.,

Defendants.

______________________________________________________________/

**ORDER TERMINATING PENDING MOTIONS WITHOUT PREJUDICE (ECF Nos. 8, 10, 12, 13)**

Plaintiff Dennis Carter is a state inmate in the custody of the Michigan Department of Corrections (the "MDOC"). In this case, he brings several claims arising out of his incarceration against employees of the MDOC. (*See* Compl., ECF No. 1.) Now pending before the Court are several motions that Carter has filed, including but not limited to a motion asking the Court to set this matter for mediation and a motion for default judgment. (*See* Mots., ECF Nos. 8, 10, 12, 13.)

On September 29, 2026, the Court referred this matter to the District Court's *Pro Se* Prisoner Early Mediation Program and assigned a mediator to oversee this dispute. In light of that referral, the Court will **TERMINATE** all pending motions in this case **WITHOUT PREJUDICE**.

If this matter does not settle during the mediation process, Carter may re-file his motions, if appropriate, at that time.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 14, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 14, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126